1  JORDAN S. ALTURA  (SBN: 209431)
   GORDON & REES LLP
2  275 Battery Street, Suite 2000
   San Francisco, CA 94111
3  Telephone:  (415) 986-5900
   Facsimile:  (415) 986-8054
4

5  Attorneys for Defendant
   IQ DATA INTERNATIONAL INC.
6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11  NIKKI HOWELL                        )   CASE NO. 3:16-cv-05268-RS
                                        )
12              Plaintiff,              )   **FURTHER STIPULATION TO**
                                        )   **EXTEND TIME TO RESPOND TO**
13      vs.                             )   **COMPLAINT (L.R. 6-1(A)) AND**
                                        )   ~~PROPOSED~~ **ORDER**
14  IQ DATA INTERNATIONAL, INC.         )
                                        )
15              Defendant.              )
                                        )
16  _____

17      TO THE HONORABLE COURT:

18          The parties hereto, Plaintiff Nikki Howell ("Plaintiff") and Defendant IQ Data

19  International, Inc. ("IQ Data"), by and through their respective counsel of record, hereby

20  stipulate as follows:

21          WHEREAS, Plaintiff filed her Complaint on September 14, 2016, and IQ Data was

22  served with the Complaint on October 18, 2016.

23          WHEREAS, IQ Data's current deadline to file a response to the Complaint is January 5,

24  2017.

25          WHEREAS, the parties are currently engaged in discussions regarding potential early

26  resolution of this matter and would like to complete such discussions before IQ Data is required

27  to respond to the Complaint, and believe they require an additional 30 days to do so.

28

Gordon & Rees LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111

-1-                    Case No. 3:16-cv-05268-RS
FURTHER STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT
AND PROPOSED ORDER

1    WHEREAS, there has been two prior, 30-day extensions of time to respond to the

2    Complaint.

3    WHEREAS, Plaintiff and IQ Data do not anticipate that this extension of time will alter

4    the date of any event or any deadline already fixed by Court order.

5    IT IS HEREBY STIPULATED by and between Plaintiff and IQ Data through their

6    respective counsel of record that the deadline for IQ Data to respond is extended up to

7    February 6, 2017.

8    IT IS SO STIPULATED.

9

10   Dated:  December 29, 2016                    DELTA LAW GROUP

11

12                                               By  /s/ Jim G. Price
                                                     Jim G. Price
13                                               Attorneys for Plaintiff
                                                 NIKKI HOWELL
14

15

16   Dated:  December 29, 2016                    GORDON & REES LLP

17

18                                               By  /s/ Jordan S. Altura
                                                     Jordan S. Altura
19                                               IQ DATA LIFE INSURANCE COMPANY

20

21

22                    ATTESTATION OF E-FILED SIGNATURE

23        I, Jordan S. Altura, am the ECF user whose ID and password are being used to file this
     Stipulation to Extend Time to Respond to Complaint.  In compliance with Local Rule 5-1(i), I
24   hereby attest that Jim G. Price, counsel for Plaintiff Nikki Howell, has concurred in this filing.

25   Dated:  December 29, 2016                    /s/ Jordan S. Altura
26                                                Jordan S. Altura

27

28

**Gordon & Rees LLP**
**275 Battery Street, Suite 2000**
**San Francisco, CA 94111**

                                         -2-              Case No. 3:16-cv-05268-RS
                  FURTHER STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT
                                   AND PROPOSED ORDER

1

**IT IS SO ORDERED.**

2

3   Dated: 1/5/17

4                                                    _____
                                                     RICHARD SEEBORG
5                                                    Judge of the United States District Court
                                                     Northern District of California
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Gordon & Rees LLP**
**275 Battery Street, Suite 2000**
**San Francisco, CA 94111**