UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NIKKI HOWELL, an individual, | ) Case No. 3:16-cv-05268-RS |
| Plaintiff, | ) **[PROPOSED] ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| v. | ) |
| IQ DATA INTERNATIONAL, INC., a Washington corporation, | ) |
| Defendant. | ) |

IT IS HEREBY ORDERED that based upon the stipulation of the parties, the above-captioned action is dismissed with prejudice pursuant to FRCP 41(a)(1)(A)(ii).

IT IS SO ORDERED.

DATED: 5/30/17

_____
RICHARD SEEBORG
U.S. DISTRICT COURT JUDGE